No. 85, Misc. LITTLE, AKA HARDEN *v.* OREGON SUP. Ct. Ore. Certiorari denied.